# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> XIAO MEI, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 15-cv-1191 <br><br> **Judge Manish S. Shah** <br><br> **Magistrate Judge Young B. Kim** |

# AMENDED COMPLAINT

# [CONTENTS FILED UNDER SEAL]