**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> XIAO MEI, et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 15-cv-1191 <br><br> **Judge Manish S. Shah** <br><br> **Magistrate Judge Young B. Kim** |

## PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER

Plaintiff Deckers Outdoor Corporation ("Deckers") seeks to extend the Temporary Restraining Order granted and entered by the Court on February 12, 2015, by a period of fourteen (14) days until March 12, 2015. Such application is based upon this Motion and the concurrently filed Memorandum of Law.

Dated this 13th day of February 2015.    Respectfully submitted,

           /s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 /312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Attorneys for Deckers Outdoor Corporation*