**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 15-cv-1191 |
| v. ) | |
| ) | **Judge Manish S. Shah** |
| XIAO MEI, et al., ) | |
| ) | **Magistrate Judge Young B. Kim** |
| Defendants. ) | |
| ) | |

**SEALED TEMPORARY RESTRAINING ORDER**

THIS CAUSE being before the Court on Plaintiff Deckers Outdoor Corporation's ("Deckers") *Ex Parte* Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Transfer of the Defendant Domain Names, a Temporary Asset Restraint, Expedited Discovery, and Service of Process by Email and/or Electronic Publication (the "Ex Parte Motion") against the defendants identified on Schedule "A" to the Amended Complaint and attached hereto (collectively, the "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplace Accounts"), and this Court having heard the evidence before it hereby GRANTS Plaintiff's Ex Parte Motion in its entirety. This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in the Declaration of Graham Thatcher, paragraphs 25-26, and the Declaration of Justin R. Gaudio, paragraphs 5-9, and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely

would modify registration data and content, change hosts, redirect traffic to other websites in their control, and move any assets from accounts in U.S.-based financial institutions, including PayPal accounts, to offshore accounts. *Id.*

Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

   a. using Deckers' UGG Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Deckers' UGG branded product or not authorized by Deckers to be sold in connection with Deckers' UGG Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine UGG branded product or any other product produced by Deckers, that is not Deckers' or not produced under the authorization, control or supervision of Deckers and approved by Deckers for sale under Deckers' UGG Trademarks;

   c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Deckers, or are sponsored by, approved by, or otherwise connected with Deckers;

   d. further infringing Deckers' UGG Trademarks and damaging Deckers' goodwill;

   e. otherwise competing unfairly with Deckers in any manner;

f.  shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Deckers, nor authorized by Deckers to be sold or offered for sale, and which bear any of Deckers' UGG Trademarks or any reproductions, counterfeit copies or colorable imitations thereof;

g.  using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the means by which Defendants could continue to sell Counterfeit UGG Products; and

h.  operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing Deckers' UGG Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine UGG Product or not authorized by Deckers to be sold in connection with Deckers' UGG Trademarks.

2.  The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order or prior to expiration of this Order, whichever date shall occur first, shall, at Deckers' choosing:

a.  unlock and change the registrar of record for the Defendant Domain Names to a registrar of Deckers' selection until further ordered by this Court, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Deckers' selection until further ordered by this Court; or

b. disable the Defendant Domain Names and make them inactive and untransferable until further ordered by this Court.

3. Those in privity with Defendants and with actual notice of this Order, including any online marketplaces such as iOffer and Alibaba Group Holding Ltd., Alipay.com Co., Ltd. and any related Alibaba entities (collectively, "Alibaba"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant Domain Names, and domain name registrars, shall within three (3) business days of receipt of this Order:

a. disable and cease providing services for any accounts through which Defendants engage in the sale of counterfeit and infringing goods using the UGG Trademarks, including any accounts associated with the Defendants listed on Schedule A;

b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the UGG Trademarks; and

c. take all steps necessary to prevent links to the Defendant Domain Names identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

4. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' websites at the Defendant Domain Names or other websites operated by Defendants, including, without limitation, advertisers, Facebook, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers including PayPal, Alibaba, Western Union, third party

processors and other payment processing service providers, shippers, and domain name registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Deckers expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a. The identities and addresses of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them and the locations and identities of Defendants' operations, including, without limitation, identifying information associated with Defendants' websites, the Defendant Domain Names, financial accounts and money transfers;

b. Defendants' websites and/or any Online Marketplace Accounts;

c. The Defendant Domain Names or any domain name registered by Defendants; and

d. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Alibaba, Western Union, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6.  Western Union shall, within two (2) business days of receipt of this Order, block any Western Union money transfers and funds from being received by the Defendants identified in Schedule A until further ordered by this Court.

7.  PayPal, Inc. ("PayPal") shall, within two (2) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

    a.  Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any PayPal accounts connected to the information listed in Schedule A hereto and the email addresses identified in Exhibits 22 and 23 to the Declaration of Graham Thatcher; and

    b.  Restrain and enjoin any such accounts or funds that are China or Hong Kong based from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

8.  Any banks, savings and loan associations, payment processors, or other financial institutions, for any Defendant or any of Defendants' Online Marketplace Accounts or websites, shall within two (2) business days of receipt of this Order:

    a.  Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any accounts connected to the information listed in Schedule A hereto and the email addresses identified in Exhibits 22 and 23 to the Declaration of Graham Thatcher; and

    b.  Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

9. Deckers may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed.R.Civ.P. 4(f)(3), by electronically publishing a link to the Amended Complaint, this Order and other relevant documents on a website to which the Defendant Domain Names which are transferred to Deckers' control will redirect, or by sending an e-mail to the e-mail addresses identified in Exhibits 22 and 23 to the Declaration of Graham Thatcher that includes a link to said website. The Clerk of Court is directed to issue a single original summons in the name of "Xiao Mei and all other Defendants identified in the Amended Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

10. Plaintiff's Amended Complaint, Schedule A to the Amended Complaint, Exhibits 22 and 23 to the Declaration of Graham Thatcher, and this Order shall remain sealed until Defendants' financial accounts are restrained. Plaintiff shall file unsealed versions of the Amended Complaint, Schedule A to the Amended Complaint, Exhibits 22 and 23 to the Declaration of Graham Thatcher, and this Order using the CM/ECF system prior to the expiration of this Order.

11. Deckers shall deposit with the Court Ten Thousand Dollars ($10,000.00) as security, to be paid from Deckers or Deckers' counsel's Interest on Lawyers Trust Account (IOLTA), which amount was determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

12.     Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Deckers or on shorter notice as set by this Court.

13.     This Temporary Restraining Order without notice is entered at 9:53 A.M. on February 12, 2015, and shall remain in effect for (14) fourteen days.

U.S. District Court Judge Manish S. Shah

# Schedule A

## Defendants

| No. | Name / Alias |
| --- | --- |
| 1 | xiao mei |
| 2 | shangguan suqi |
| 3 | banana |
| 4 | xiaowei |
| 5 | liu dan |
| 6 | Rachel Woodall |
| 7 | Ludwig Rhys |
| 8 | wang xiaoli |
| 9 | zhao shi |
| 10 | zhao yan |
| 11 | Ameur hajria |
| 12 | Liam firks |
| 13 | Gillian Watkins |
| 14 | Jana Dojavova |
| 15 | Paul HAYNES |
| 16 | Steph Ellis |
| 17 | Varney Andrew |
| 18 | Dan Thurston |
| 19 | Beatrix Veselovsky |
| 20 | Bobo Yang |
| 21 | Dandan Xu |
| 22 | Dinghui Zhang |
| 23 | Dylan Miller |
| 24 | Jiayi Zhang |
| 25 | Jiwei Wu |
| 26 | Lin Mumu |
| 27 | Ruoyun Lin |
| 28 | Tiantian Yu |
| 29 | Tianwen Wang |
| 30 | Tianxia Zhang |
| 31 | Tingsheng Zhang |
| 32 | wang tou |
| 33 | Wensheng Chen |

| | |
|---|---|
| 34 | Zhengwen Wang |
| 35 | Zihang Zhang |
| 36 | Guoyu Zhang |
| 37 | hao li |
| 38 | li xun |
| 39 | Billy Cane |
| 40 | Cill Ruly |
| 41 | darrens wevans |
| 42 | huachao chen |
| 43 | Lanny Tyndall |
| 44 | ming xia |
| 45 | wen ben zhou |
| 46 | yale jkelg |
| 47 | caihong maoyi |
| 48 | liuwen xiaoxue |
| 49 | shangguan wenmei |
| 50 | Annie Hollville |
| 51 | Melody Lee |
| 52 | Alison McCallum Alison McCallum |
| 53 | Colin Worsley |
| 54 | jame smith |
| 55 | Lawson Sams |
| 56 | Murray Rebec |
| 57 | lin wang |
| 58 | Chris Seaman |
| 59 | Darlene C. Pederson |
| 60 | DFGFG |
| 61 | Joe Morton |
| 62 | Mai Huynh |
| 63 | Matthew Park |
| 64 | Melanie Egger |
| 65 | Rebecca Levinson |
| 66 | Sophia Connolly |
| 67 | Demarcus Heard |
| 68 | Emma Hardy uk |
| 69 | jason roome |
| 70 | chen meizhu |
| 71 | wu wang |
| 72 | Yang Fanghua |
| 73 | Ding Wenwen |
| 74 | zhou shan |

| | |
|---|---|
| 75 | zhou xian yu |
| 76 | li xiaorui |
| 77 | guo xiaowugong |
| 78 | wang wangming |
| 79 | zheng xingxing |
| 80 | liu shuai |
| 81 | lirong shi |
| 82 | Liu Xioayou |
| 83 | Liu Zhenbei |
| 84 | Liu Dandan |
| 85 | Liu Yunsheng |
| 86 | fang xingai |
| 87 | Yang Qingcheng |
| 88 | Yu Tian |
| 89 | Ding Mingming |
| 90 | Ding Wen |
| 91 | Dingwen Liu |
| 92 | Zhang Minghan |
| 93 | Ding Yuan |
| 94 | Lin Tingting |
| 95 | Zhang Qing |
| 96 | Lin Yuan |
| 97 | Tao Ran |
| 98 | huang chenxu |
| 99 | cheng bin |
| 100 | Li Yuansheng |
| 101 | lao wang |
| 102 | xiao wenfang |
| 103 | xiao xiaoyan |
| 104 | zhuang meiling |
| 105 | yang lin |
| 106 | sdfsdaf asdfadf |
| 107 | caihong maoyi |
| 108 | Weiwei Liu |
| 109 | xiao minggong |
| 110 | yu dewen |
| 111 | Weiwei Chen |
| 112 | Li Yapeng |
| 113 | Yang Qingqing |
| 114 | Yang Tianyi |
| 115 | Yang Meimei |

| | |
|---|---|
| 116 | Chen Meimei |
| 117 | Yang Meifeng |
| 118 | Weiwei Liu |
| 119 | WeiLiu |
| 120 | Wang Qingqing |
| 121 | Wang Qinger |
| 122 | Chen Weixian |
| 123 | sebas tienvalcy |
| 124 | Zhang Yaojia |
| 125 | Kaidamaoyi youxiangongsi |
| 126 | jinying lin |
| 127 | huang hua |
| 128 | Antonio Baldini |
| 129 | chen huarong |
| 130 | hakrlk keal |
| 131 | guo xiaoliangong |
| 132 | Lin Zonggong |
| 133 | liu enze |
| 134 | Qing Qingong |
| 135 | brandsale brandinc |
| 136 | lida |
| 137 | jasonwoo |
| 138 | Wuregistered |
| 139 | Silvia Mackintosh |
| 140 | gao xiaodong |
| 141 | chen yulian |
| 142 | lin pin |
| 143 | Registrant Organization: |
| 144 | li guoning |
| 145 | xiamen |
| 146 | luxueqi |
| 147 | jey xi |
| 148 | Yang Kun |
| 149 | hei er |
| 150 | hang zhiming |
| 151 | hei zhuang |
| 152 | chen xiao xia |
| 153 | you dafu |
| 154 | Whois Privacy Corp. |
| 155 | Whois Privacy Corp. |
| 156 | Chen Xiao Ling |

| 157 | su sheng |
|-----|----------|
| 158 | Cai Xingong |
| 159 | guan bailin |
| 160 | guo xiaowugong |
| 161 | chen jinnan |
| 162 | li feng |
| 163 | huang xiaolong |
| 164 | bao yang |
| 165 | yu zhou |
| 166 | li yisi |
| 167 | zhiyuan trade |
| 168 | Tao Xuxiang |
| 169 | WHOISGUARD, INC. |
| 170 | zhu xiansheng |
| 171 | Chen Bai |
| 172 | Chen Bai Bai |
| 173 | miao li zhu |
| 174 | William Bozeman |
| 175 | ptmy |
| 176 | David Stephens |
| 177 | long feng |
| 178 | ouyang jielu |
| 179 | ouyang yingxu |
| 180 | ouyang qiliang |
| 181 | WHOISGUARD, INC. |
| 182 | chen bap |
| 183 | cheng yong |
| 184 | lin wei |
| 185 | ha ha |
| 186 | StarOut Soft |
| 187 | steve vivi |
| 188 | jiangjiaxiu |
| 189 | zhangjing |
| 190 | peach ZhangQiang |
| 191 | hao li |
| 192 | Lamoth Yoshisu |
| 193 | ouyang yingran |
| 194 | Whois Privacy Protection Service, Inc. |
| 195 | Jones, Richard |
| 196 | Jonathan |
| 197 | zhao yanning |

| | |
|---|---|
| 198 | John Brown |
| 199 | Bettendorf's |
| 200 | fu zhou shi chang ming you xian gong si |
| 201 | kwabenas essiens |
| 202 | Privacy Protection Service INC d/b/a PrivacyProtect.org |
| 203 | jeff zhen |
| 204 | ouyang jingsu |
| 205 | Patrick Nguyen |
| 206 | xu du |
| 207 | fu zhou shi mei da you xian gong si |
| 208 | guang zhou shi da ming you xian gong si |
| 209 | Richard Richardson |
| 210 | dennis e.altieri |
| 211 | ouyang yingzi |
| 212 | lin zheng yu |
| 213 | xia men shi di te you xian gong si |
| 214 | lao chi |
| 215 | Dolores Haugom |
| 216 | dasda |
| 217 | huang shan shan |
| 218 | Ludwig Rhys |
| 219 | Ludwig Rhys |
| 220 | Ludwig Rhys |
| 221 | Lanny chen |
| 222 | feng qiaoyan |
| 223 | ouyang migu |
| 224 | wen ben zhou |
| 225 | he jianyi |
| 226 | ouyang jingwen |
| 227 | Kent Johnson |
| 228 | ouyang yinwen |
| 229 | ouyang guyun |
| 230 | chen tao |
| 231 | ouyang jingfen |
| 232 | ouyang changgui |
| 233 | murong qini |
| 234 | ouyang wenqun |
| 235 | ouyang sirun |
| 236 | murong yunqi |
| 237 | Sinkler, Henry |
| 238 | ouyang yingjie |

| | |
|---|---|
| 239 | Wen, dandan |
| 240 | xiao you |
| 241 | fu zhou shi guang huang you xian gong si |
| 242 | ouyang yuner |
| 243 | ouyang xinghu |
| 244 | ouyang ranai |
| 245 | Yang Xiao Qing |
| 246 | Owen Beckham |
| 247 | jia ni |
| 248 | Small, Robert |
| 249 | yue |
| 250 | tony jimmy |
| 251 | Whois Privacy Protection Service, Inc. |
| 252 | lin yi |
| 253 | Nevin Weeks |
| 254 | emicter tom |
| 255 | Organization |
| 256 | jigore bjabje |
| 257 | jiefang li |
| 258 | Hiei Ress |
| 259 | wangha xionga |
| 260 | ouyang lanji |
| 261 | Zhang Liudong |
| 262 | ouyang guyuan |
| 263 | murong yunru |
| 264 | shangguan tubo |
| 265 | Webers Soccer n Stuff |
| 266 | ouyang guwen |
| 267 | quan zhou shi ju xian you xian gong si |
| 268 | zhao yantao |
| 269 | karrytony |
| 270 | xiao guang |
| 271 | lang xiangming |
| 272 | Po Lang |
| 273 | Lisbeth Fasting Oslo |
| 274 | huang shan |
| 275 | zhou kailong |
| 276 | Prince, Natalie |
| 277 | fu zhou shi lei nuo ya you xian gong si |
| 278 | ouyang jingmi |
| 279 | murong yunyang |

| 280 | sawyer Lin |
|-----|-----------|
| 281 | wuyifan |
| 282 | lin ting |
| 283 | ouyang jingnu |
| 284 | ouyang jingyi |
| 285 | murong qisu |
| 286 | wei chuanxing |
| 287 | ouyang huadu |
| 288 | chen jinyi |
| 289 | wanxidnu du |
| 290 | ouyang wenhuan |
| 291 | runningshoes |
| 292 | ouyang siyi |
| 293 | Martin |
| 294 | Matt Cleveland |
| 295 | fu zhou shi mei da you xian gong si |
| 296 | fu zhou shi mei da you xian gong si |
| 297 | ouyang guye |
| 298 | Vicky Petersen |
| 299 | ouyang zihan |
| 300 | Michael Miller |
| 301 | BigRock Solutions Ltd |
| 302 | xia men shi ming hang you xian gong si |
| 303 | fu zhou shi ming mao you xian gong si |
| 304 | shangguan siyu |
| 305 | Lin SiMiSi |
| 306 | hua yinglang |
| 307 | liu jun |
| 308 | yaoheping |
| 309 | murong yunli |
| 310 | Nancy Colbert Puff |
| 311 | Edward George |
| 312 | gao shenme |
| 313 | Shannon |
| 314 | Whois Privacy Protection Service, Inc. |
| 315 | uai feib |
| 316 | kate young |
| 317 | duanmu wenfen |
| 318 | ouyang jingtan |
| 319 | Organization |
| 320 | Yue Fei |

| 321 | Organization |
|-----|--------------|
| 322 | Protection Privacy |
| 323 | Organization |
| 324 | Huang Fei |
| 325 | Wang Bai |
| 326 | Su Zhi Lin |
| 327 | Wang |
| 328 | fan yahui |
| 329 | ouyang yiner |
| 330 | deng lingtao |
| 331 | wanyuqn xid |
| 332 | teng Rhys |
| 333 | junhua jiang |
| 334 | xu ming |
| 335 | mi fang |
| 336 | sima chun |
| 337 | lin muzi |
| 338 | xu duode |
| 339 | guizhou chen |
| 340 | amanda kouri |
| 341 | Corbin, Douglas |
| 342 | li cuilan |
| 343 | li meidan |
| 344 | quan zhou shi san hang you xian gong si |
| 345 | ouyang jieyang |
| 346 | Sean Ellis |
| 347 | peter zhang |
| 348 | yueyang peng |
| 349 | Robert Evans |
| 350 | shundacompany |
| 351 | wangyun feiyng |
| 352 | Mary Harvey |
| 353 | shao yang |
| 354 | yang xiu |
| 355 | zhou choushen |
| 356 | chen mingliang |
| 357 | chen zhen |
| 358 | ke jianguo |
| 359 | li shuxian |
| 360 | li xiaojun |
| 361 | cai qiang |

| 362 | chen zixian |
|-----|-------------|
| 363 | lin qingyue |
| 364 | qin sirui |
| 365 | yang qingqing |
| 366 | zhou choushen |
| 367 | zhou choushen |
| 368 | wu lifen |
| 369 | yang qingqing |
| 370 | chen zixian |
| 371 | yang qingqing |
| 372 | chen mingliang |
| 373 | chen mingliang |
| 374 | ke jianguo |
| 375 | chen zixian |
| 376 | yang xiu |
| 377 | mu songxi |
| 378 | chen mingliang |
| 379 | zhang gui |
| 380 | ouyang xunnuan |
| 381 | Lasley, Alfred |
| 382 | King, Tamika |
| 383 | zhou tian he |
| 384 | Wendy Minchew |
| 385 | OPEN CART |
| 386 | lay pill |
| 387 | ouyang yingfeng |
| 388 | chen xiao |
| 389 | xiong guiyan |
| 390 | ouyang zhuyi |
| 391 | ouyang lixi |
| 392 | Nakano Fitcso |
| 393 | fashion |
| 394 | Katja Lettow |
| 395 | li lina |
| 396 | murong yunhai |
| 397 | Thompson, Clarissa |
| 398 | Whois Privacy Protection Service, Inc. |
| 399 | huang fang |
| 400 | Sharon Mckee |
| 401 | Lowell Mercer |
| 402 | Keith Hershey |

| | |
|---|---|
| 403 | Lisa J. Price |
| 404 | Sarah Blythe |
| 405 | Active 2030, Golden Empire 1038 |
| 406 | linyu dngmian |
| 407 | Ni Ming |
| 408 | Tian Ming |
| 409 | DOMAIN WHOIS PROTECTION SERVICE |
| 410 | Wuxi Yilian LLC |
| 411 | dsfasd ifdfjski |
| 412 | Meng Su |
| 413 | ouyang mikang |
| 414 | guang zhou shi xiang yang you xian gong si |
| 415 | Jinmei Lei |
| 416 | ouyang xinu |
| 417 | LinBa |
| 418 | zhou jie |
| 419 | ouyang jingqion |
| 420 | ouyang jingsi |
| 421 | wenyuan zhang |
| 422 | bryan amaral |
| 423 | shangguan xiaofang |
| 424 | ouyang jieru |
| 425 | ouyang mengqi |
| 426 | Glausen Alwins |
| 427 | Dotson Howard |
| 428 | fu zhou xun yang you xian gong si |
| 429 | Chen Fei |
| 430 | ouyang silian |
| 431 | Amy Bloom |
| 432 | ouyang mengcheng |
| 433 | ya sa fu shiyasafushi |
| 434 | tenny luo |
| 435 | Han Louis |
| 436 | dasda |
| 437 | ouyang lansi |
| 438 | Dorothy Mason |
| 439 | ouyang chuni |
| 440 | murong yunhua |
| 441 | zhang xuewen |
| 442 | shaowei |
| 443 | zhangyi xiaohu |

| | |
|---|---|
| 444 | ouyang milan |
| 445 | ouyang siqing |
| 446 | xiangrong shi |
| 447 | ouyang xingqun |
| 448 | murong yunqiang |
| 449 | huang chenxu |
| 450 | liao gaopie |
| 451 | wang xinchuan |
| 452 | he lixia |
| 453 | chenkailun |
| 454 | lan xiaofeng |
| 455 | zhong liang |
| 456 | panluzhong |
| 457 | WHOISGUARD, INC. |
| 458 | Axel Ramos |
| 459 | shangguan chuguan |
| 460 | Li Shan |
| 461 | Ludwig Rhys |
| 462 | shangguan xunping |
| 463 | shangguan ranwen |
| 464 | wangfeng |
| 465 | shangguan wenru |
| 466 | ffjrel aanjkak |
| 467 | Weng Meihua |
| 468 | Whois Privacy Protection Service, Inc. |
| 469 | song xiaoyi |
| 470 | zhang mei zhu |
| 471 | abc |
| 472 | a b c |
| 473 | nan maye |
| 474 | Columbus Country Club |
| 475 | Jessie Devilaine |
| 476 | Chen Gee |
| 477 | shangguan yuqi |
| 478 | Chen GuYue |
| 479 | shangguan xisi |
| 480 | Wang XueZhi |
| 481 | Reynolds Bobbye |
| 482 | Lin EnYa |
| 483 | HuangPeng |
| 484 | Lin ChenCi |

| | |
|---|---|
| 485 | Lin Fu |
| 486 | Yang Xiao |
| 487 | zhang yu |
| 488 | Lin BaiBu |
| 489 | li jia |
| 490 | Kimberly McCullough |
| 491 | xihuang li |
| 492 | shangguan ziliang |
| 493 | on sale |
| 494 | peihan shanxi |
| 495 | shangguan ranzi |
| 496 | ziyi |
| 497 | shi hongyan |
| 498 | Eric Klein |
| 499 | RAD Campaigns LLC |
| 500 | zhengyonggui |
| 501 | andy albone |
| 502 | Catherine Pritchett |
| 503 | joanna fisher |
| 504 | Rachel Adams |
| 505 | Poppy Perry |
| 506 | liwei |
| 507 | Song Xiao Yi |
| 508 | Zhang Yong Tao |
| 509 | zhao yantao |
| 510 | zhou long |
| 511 | liam dan |
| 512 | Hernandez Anant |
| 513 | Ludwig Rhys |
| 514 | xiajincai |
| 515 | zhangshuxian |
| 516 | Smithcore Unified, Inc |
| 517 | dongli |
| 518 | oushiquan |
| 519 | Honor Andruzzi Honor Andruzzi |
| 520 | Samuel Henson |
| 521 | Amy Green |
| 522 | zhao xiaoting |
| 523 | yuhaitao |
| 524 | Kari Dunn |
| 525 | Jean Giancola |

| | |
|---|---|
| 526 | Huang Ting |
| 527 | Pan Xiu |
| 528 | Lin Nan |
| 529 | Chen Huoxing |
| 530 | Trent Nichols |
| 531 | shanghai mall 011 |
| 532 | Amily Fashion Store |
| 533 | China Town's store |
| 534 | BlueSky CO.,LTE. |
| 535 | WINFA |
| 536 | Michley Lady |
| 537 | Teenager faction |
| 538 | Guangzhou Brand shoes Co., Ltd. |
| 539 | Onehoo Store |
| 540 | Began to dream of |
| 541 | horse |
| 542 | Fancy Women's Heels |
| 543 | Fashion Brand Shoes Wholesale Store |
| 544 | Mom favorite shop |
| 545 | Rose in Bloom |
| 546 | Crazy Promotion Makeup Store |
| 547 | Enjoy your beautiful life store |
| 548 | Lemon Tree Online |
| 549 | Lucky * Home |
| 550 | Foot Friends |
| 551 | Good luck to the store |
| 552 | JOYEE-Fashion |
| 553 | Sports Lovers |
| 554 | ChiNa LoCal ProDucts ZonE |
| 555 | xinxiangshichengkaixin |
| 556 | LF International Trading Co.,Ltd. |
| 557 | High Quality Selected |
| 558 | BoLuo |
| 559 | VIVI-MART |
| 560 | Shanshan trade |
| 561 | xiaochen & xiaoxu |
| 562 | Six Star Sexy Super Store |
| 563 | Family Harmony's store |
| 564 | Jinxin Auto Parts Co., Ltd. |
| 565 | Bailing Trade |
| 566 | Vivo jay |

| 567 | XuanXuan store |
| 568 | Muyu lingerie boutique house |
| 569 | Colorfulstar-A |
| 570 | T & Da Lin |
| 571 | Guangzhou Nooyi Trading Cooperation Ltd |
| 572 | Evelyn boots flagship store |
| 573 | e-Shoes and bags |
| 574 | JYT Co. , Ltd. |
| 575 | JYT Co. , Ltd. |
| 576 | Your Mobile wardrobe |
| 577 | Jack Wind clothing footwear company looks |
| 578 | ZheJiang YuLiang Wholesale and Retail Co.,LTD |
| 579 | Brand Goods Factory |
| 580 | beautermall |
| 581 | lemon shoes |
| 582 | Amon shop |
| 583 | linaichun |
| 584 | Miss&Mr FashionZone |
| 585 | Miss&Mr FashionZone |
| 586 | Pistachios foreign trade store |
| 587 | P-ing store |
| 588 | momoshouse |
| 589 | Funky Shoe |
| 590 | China and the United States as luxury goods trade |
| 591 | Store sales promotion product surprise store |
| 592 | Jennifer Meditation Love Shack |
| 593 | Lulu & Co. |
| 594 | Go Lady Lady |
| 595 | Ruby okey store |
| 596 | Salena International Products Limited |
| 597 | Red Asahi Trading Co., Ltd. |
| 598 | Happy life shopping store |
| 599 | Spielberg Steven's store |
| 600 | pure color |
| 601 | Bond girl |
| 602 | TopBest Dress |
| 603 | China ocean international trade co. LTD |
| 604 | BIG BOSS TRADING CO.,LTD |
| 605 | W-H-Y fashion accessories |
| 606 | Jinyu International Trade Co., Ltd |
| 607 | suzzy xie's store |

| 608 | Frances's Sports & Electronic Shop |
|-----|-----------------------------------|
| 609 | carla electronics |
| 610 | OSK IMP&EXP CO.,LTD |
| 611 | ZheJiang BBS Store(Min Order 5$) |
| 612 | One For All |
| 613 | JIUJIU Store |
| 614 | hui yan's store |
| 615 | Your's exclusive wardrobe |
| 616 | Lishui Superb Electronics Technology Co.,Ltd |
| 617 | Jane's Shoice Store |
| 618 | fashionshow2013 |
| 619 | hongtai2012 |
| 620 | wholesaledress |
| 621 | stylishcraft |
| 622 | teamoo |
| 623 | user.qzone.qq.com/252663063/4 |
| 624 | 258343275.v.yupoo.com |
| 625 | 312435811.v.yupoo.com |
| 626 | 794495560.v.yupoo.com |
| 627 | 9734106.v.yupoo.com |
| 628 | alicelove1.v.yupoo.com |
| 629 | chinatoms.v.yupoo.com |
| 630 | elisezrh.v.yupoo.com |
| 631 | jiayouxieku.v.yupoo.com |
| 632 | mingxiezhuanshou.v.yupoo.com |
| 633 | mvpseller.v.yupoo.com |
| 634 | sportshoes2011.v.yupoo.com |
| 635 | tianhemaoyi.v.yupoo.com |
| 636 | toolcus.v.yupoo.com |
| 637 | topmax.v.yupoo.com |
| 638 | youjingao.v.yupoo.com |
| 639 | yumids1986.v.yupoo.com |

| No | Defendant Online Marketplace Accounts |
|----|---------------------------------------|
| 1 | aliexpress.com/store/1005165 |
| 2 | aliexpress.com/store/1021290 |
| 3 | aliexpress.com/store/104958 |
| 4 | aliexpress.com/store/1087568 |
| 5 | aliexpress.com/store/1114872 |
| 6 | aliexpress.com/store/112985 |
| 7 | aliexpress.com/store/1141005 |

| | |
|---|---|
| 8 | aliexpress.com/store/1146491 |
| 9 | aliexpress.com/store/1147158 |
| 10 | aliexpress.com/store/1159908 |
| 11 | aliexpress.com/store/1165040 |
| 12 | aliexpress.com/store/1167085 |
| 13 | aliexpress.com/store/1167669 |
| 14 | aliexpress.com/store/1181234 |
| 15 | aliexpress.com/store/1197181 |
| 16 | aliexpress.com/store/1219058 |
| 17 | aliexpress.com/store/1232841 |
| 18 | aliexpress.com/store/1235040 |
| 19 | aliexpress.com/store/1239633 |
| 20 | aliexpress.com/store/1243845 |
| 21 | aliexpress.com/store/1248672 |
| 22 | aliexpress.com/store/1268019 |
| 23 | aliexpress.com/store/1272191 |
| 24 | aliexpress.com/store/1292556 |
| 25 | aliexpress.com/store/1308067 |
| 26 | aliexpress.com/store/135919 |
| 27 | aliexpress.com/store/137899 |
| 28 | aliexpress.com/store/1383352 |
| 29 | aliexpress.com/store/1390110 |
| 30 | aliexpress.com/store/1390772 |
| 31 | aliexpress.com/store/1390795 |
| 32 | aliexpress.com/store/1397597 |
| 33 | aliexpress.com/store/140310 |
| 34 | aliexpress.com/store/1407821 |
| 35 | aliexpress.com/store/1442312 |
| 36 | aliexpress.com/store/1455438 |
| 37 | aliexpress.com/store/1462598 |
| 38 | aliexpress.com/store/1463776 |
| 39 | aliexpress.com/store/1473586 |
| 40 | aliexpress.com/store/1480225 |
| 41 | aliexpress.com/store/1484031 |
| 42 | aliexpress.com/store/1487006 |
| 43 | aliexpress.com/store/1487397 |
| 44 | aliexpress.com/store/1494261 |
| 45 | aliexpress.com/store/1494261 |
| 46 | aliexpress.com/store/1497647 |
| 47 | aliexpress.com/store/1499855 |
| 48 | aliexpress.com/store/1500123 |

| | |
|---|---|
| 49 | aliexpress.com/store/1522198 |
| 50 | aliexpress.com/store/1524152 |
| 51 | aliexpress.com/store/1526381 |
| 52 | aliexpress.com/store/1543112 |
| 53 | aliexpress.com/store/1553354 |
| 54 | aliexpress.com/store/1555478 |
| 55 | aliexpress.com/store/1555478 |
| 56 | aliexpress.com/store/1558033 |
| 57 | aliexpress.com/store/1590032 |
| 58 | aliexpress.com/store/1660092 |
| 59 | aliexpress.com/store/1660147 |
| 60 | aliexpress.com/store/1667028 |
| 61 | aliexpress.com/store/1669492 |
| 62 | aliexpress.com/store/226950 |
| 63 | aliexpress.com/store/339190 |
| 64 | aliexpress.com/store/344503 |
| 65 | aliexpress.com/store/408716 |
| 66 | aliexpress.com/store/419453 |
| 67 | aliexpress.com/store/423202 |
| 68 | aliexpress.com/store/431022 |
| 69 | aliexpress.com/store/437532 |
| 70 | aliexpress.com/store/505233 |
| 71 | aliexpress.com/store/529701 |
| 72 | aliexpress.com/store/602866 |
| 73 | aliexpress.com/store/610240 |
| 74 | aliexpress.com/store/618790 |
| 75 | aliexpress.com/store/620698 |
| 76 | aliexpress.com/store/713408 |
| 77 | aliexpress.com/store/726926 |
| 78 | aliexpress.com/store/736211 |
| 79 | aliexpress.com/store/739428 |
| 80 | aliexpress.com/store/816288 |
| 81 | aliexpress.com/store/818302 |
| 82 | aliexpress.com/store/827734 |
| 83 | aliexpress.com/store/829732 |
| 84 | aliexpress.com/store/909971 |
| 85 | aliexpress.com/store/918737 |
| 86 | aliexpress.com/store/935150 |
| 87 | aliexpress.com/store/936777 |
| 88 | ioffer.com/selling/fashionshow2013 |
| 89 | ioffer.com/selling/hongtai2012 |

| | |
|---|---|
| 90 | ioffer.com/selling/maoyi2010 |
| 91 | ioffer.com/selling/stylishcraft |
| 92 | ioffer.com/selling/teamoo |
| 93 | user.qzone.qq.com/252663063/4 |
| 94 | 258343275.v.yupoo.com |
| 95 | 312435811.v.yupoo.com |
| 96 | 794495560.v.yupoo.com |
| 97 | 9734106.v.yupoo.com |
| 98 | alicelove1.v.yupoo.com |
| 99 | chinatoms.v.yupoo.com |
| 100 | elisezrh.v.yupoo.com |
| 101 | jiayouxieku.v.yupoo.com |
| 102 | mingxiezhuanshou.v.yupoo.com |
| 103 | mvpseller.v.yupoo.com |
| 104 | sportshoes2011.v.yupoo.com |
| 105 | tianhemaoyi.v.yupoo.com |
| 106 | toolcus.v.yupoo.com |
| 107 | topmax.v.yupoo.com |
| 108 | youjingao.v.yupoo.com |
| 109 | yumids1986.v.yupoo.com |

| | Defendant Domain Names |
|---|---|
| 1 | uggmodeus.biz |
| 2 | aiguille.biz |
| 3 | macysbootsclearancesalewomen.biz |
| 4 | macysbootsclearance.biz |
| 5 | cheapchristmasbootsclearance-ca.biz |
| 6 | bootsoutletclearancestore.biz |
| 7 | uggboots-au.cc |
| 8 | bottesuggpascher.cc |
| 9 | wroclawhotels.co.uk |
| 10 | cheapuggbootsukssales.co.uk |
| 11 | ugg4outlet.co.uk |
| 12 | genuineuggsbootssaleuk.co.uk |
| 13 | genuineuggsbootsuksale.co.uk |
| 14 | uggbaileybow.co.uk |
| 15 | womensuggbootss.co.uk |
| 16 | uggboots-onsaleuk.co.uk |
| 17 | uggoutlet-xmas.co.uk |
| 18 | buyuggbootsuk.co.uk |
| 19 | ugg-xmas.co.uk |

| | |
|---|---|
| 20 | uggsbootsonsaleukcheap.co.uk |
| 21 | genuineuggsbootssaleuks.co.uk |
| 22 | uggsbootsuksalesonlines.co.uk |
| 23 | uggsonsalesonlines.co.uk |
| 24 | uggbootscheaps.co.uk |
| 25 | uggbootsukstores.co.uk |
| 26 | genuineuggsbootsuk.co.uk |
| 27 | cheapuggsukclearance.co.uk |
| 28 | uggsoutletclearance.co.uk |
| 29 | saleuggbootsclearance.co.uk |
| 30 | womenscheapuggbootssale.co.uk |
| 31 | bestuggs.co.uk |
| 32 | discountuggsukonline.co.uk |
| 33 | womensuggsbootsonsale.co.uk |
| 34 | cheapuggbootssale2015.co.uk |
| 35 | discountuggbootsukstore.co.uk |
| 36 | 2014discountuggboots.co.uk |
| 37 | discountugguk.co.uk |
| 38 | uggsuksaleonline.co.uk |
| 39 | classictalluggbootssale.co.uk |
| 40 | uggsonsalesonline.co.uk |
| 41 | classicuggsuksale.co.uk |
| 42 | womensuggscheaponsale.co.uk |
| 43 | uggs2015sale.co.uk |
| 44 | womensuggoutletsale.co.uk |
| 45 | onsaletallboots.co.uk |
| 46 | newbootswinter.co.uk |
| 47 | aberfeldygolfclub.co.uk |
| 48 | maldonandtiptreefc.co.uk |
| 49 | bootonline-sale.co.uk |
| 50 | bootsonlines.co.uk |
| 51 | shopbootsstore.co.uk |
| 52 | davids-harrogate.co.uk |
| 53 | careawards.co.uk |
| 54 | bootsale-online.co.uk |
| 55 | ggusaleoutletline.co.uk |
| 56 | bootscybermondaytop1.co.uk |
| 57 | stylecozyauboots.co.uk |
| 58 | hotel-work.co.uk |
| 59 | smshouses.co.uk |
| 60 | revolver-pr.co.uk |

| | |
|---|---|
| 61 | amazingarticles.co.uk |
| 62 | bootsonlinestyle.co.uk |
| 63 | bootsmalloutlets.co.uk |
| 64 | ubootssale.co.uk |
| 65 | bootsshopping.co.uk |
| 66 | hotsaleboots.co.uk |
| 67 | cheapcozyboots.co.uk |
| 68 | ubootsstore.co.uk |
| 69 | cheapboots-outlet.co.uk |
| 70 | boothotonsale.co.uk |
| 71 | bootsaleuk.co.uk |
| 72 | bootscheapsale.co.uk |
| 73 | bootsfun.co.uk |
| 74 | bootshotsale.co.uk |
| 75 | bootsnewyear.co.uk |
| 76 | bootsonsales.co.uk |
| 77 | bootsoutletsale.co.uk |
| 78 | boots-outletuk.co.uk |
| 79 | bootssell.co.uk |
| 80 | bootsstyle.co.uk |
| 81 | bootsursale.co.uk |
| 82 | cheapestboots.co.uk |
| 83 | hot-bootsshop.co.uk |
| 84 | hotboots-uk.co.uk |
| 85 | onsaleboots.co.uk |
| 86 | ourboot.co.uk |
| 87 | topboots.co.uk |
| 88 | ubootsoutlet.co.uk |
| 89 | ugbootsale.co.uk |
| 90 | ukbootss.co.uk |
| 91 | uksnowboot.co.uk |
| 92 | urcheapboots.co.uk |
| 93 | warmboots-uk.co.uk |
| 94 | saifclothing.co.uk |
| 95 | discount-bootssale.co.uk |
| 96 | bootsdiscount.co.uk |
| 97 | bootscheapnow.co.uk |
| 98 | boothotstore.co.uk |
| 99 | ebootsuk.co.uk |
| 100 | eourboot.co.uk |
| 101 | suzyshaw.co.uk |

| | |
|---|---|
| 102 | virtualegremont.co.uk |
| 103 | mobilesift.co.uk |
| 104 | maxicosicarseatsonline.co.uk |
| 105 | wholesaless.co.uk |
| 106 | thirdsheeptch.co.uk |
| 107 | pencimirunraiture.co.uk |
| 108 | glmi.co.uk |
| 109 | bottescy.co.uk |
| 110 | ubode.co.uk |
| 111 | bootsoutlet-uk.co.uk |
| 112 | bootsclearances-uk.co.uk |
| 113 | iknowmauritius.co.uk |
| 114 | maxumparts.co.uk |
| 115 | heartsalsa.co.uk |
| 116 | bestsnowboots.co.uk |
| 117 | manchesterbus.co.uk |
| 118 | drainways.co.uk |
| 119 | wintertrainerssale.co.uk |
| 120 | fashionbootsstore.co.uk |
| 121 | bootsnewsale.co.uk |
| 122 | crispbiscuit.co.uk |
| 123 | bootssale2015.co.uk |
| 124 | outletsite.co.uk |
| 125 | bootsseriesca.com |
| 126 | mixdobrasilbebidas.com |
| 127 | salg-nikefreerun5.com |
| 128 | tilbudnikefreerun3.com |
| 129 | skonikefreerun5.com |
| 130 | yongcnha.com |
| 131 | yonguusm.com |
| 132 | topboots-den.com |
| 133 | topboots-fashion.com |
| 134 | topboots-can.com |
| 135 | topboots-canada.com |
| 136 | niceboots-vip1.com |
| 137 | ssttoking.com |
| 138 | usboots-topmarkets.com |
| 139 | uggsmode.com |
| 140 | uggmodeus.com |
| 141 | aussieuggboots.com |
| 142 | bpchamp.com |

| | |
|---|---|
| 143 | onlinenikefreerunsalg.com |
| 144 | onlinenikefreerun3.com |
| 145 | norgenikefreerun3.com |
| 146 | nikefreerun3xxl.com |
| 147 | nikefreerunherre2014.com |
| 148 | bootsalescheap.com |
| 149 | nikefreerunkvindertilbud.com |
| 150 | nikefreerun2billige.com |
| 151 | nikefreerunbillige.com |
| 152 | nikefreerun3online.com |
| 153 | nikefreerun3dame.com |
| 154 | nikefreerun2dame.com |
| 155 | nikefreerunskobillig.com |
| 156 | nikefreerunskoherre.com |
| 157 | nikefreerundameonline.com |
| 158 | nikefreerundametilbud.com |
| 159 | herrenikefreerunsalg.com |
| 160 | freerunskobilligdk.com |
| 161 | nikefreerun-billig.com |
| 162 | nikefreerun5billige.com |
| 163 | nikefreerundanmark.com |
| 164 | dshoesstore.com |
| 165 | salejpshoes.com |
| 166 | nikefreerundanmarksalg.com |
| 167 | nikefreerunskopink.com |
| 168 | schweizuggstiefel.com |
| 169 | boots-vipcouponstore.com |
| 170 | topboots-swiss.com |
| 171 | boots-vipsaletop.com |
| 172 | genuinegoods2014.com |
| 173 | lvsalesgoodbags2015.com |
| 174 | freeshoesstoreonlie2015.com |
| 175 | regismarketing.com |
| 176 | ggufrance.com |
| 177 | snowshoesitalias.com |
| 178 | herrenikefreerun3.com |
| 179 | topsale-britain.com |
| 180 | topsale-uk.com |
| 181 | bootsusvipstreet.com |
| 182 | nikefreerunskodame.com |
| 183 | nikefreerun5kvinder.com |

| | |
|---|---|
| 184 | nikefreerunsalgonline.com |
| 185 | nikefreerun2014.com |
| 186 | nikefreerunsalgherre.com |
| 187 | damenikefreerun2014.com |
| 188 | nikefreerunnorgeonline2014.com |
| 189 | damenikefreerun2norge.com |
| 190 | onlinesalgnikefreerun.com |
| 191 | nikefreerunsalg.com |
| 192 | norgenikefreerunsko.com |
| 193 | nikefreerundamerosa.com |
| 194 | damenikefreerun.com |
| 195 | nikefreerun3norge.com |
| 196 | billignikefreerunsko.com |
| 197 | nikefreerun3dame2014.com |
| 198 | nikefreerunxxl.com |
| 199 | nikefreerunsalgdame.com |
| 200 | astrologytoyou.com |
| 201 | nike-freerun2salg.com |
| 202 | nikefreerun2tilbud.com |
| 203 | uggboots-onsale70off.com |
| 204 | retailmenotussd.com |
| 205 | couponusaaadd.com |
| 206 | bootsfree2.com |
| 207 | melbourneweddingregistry.com |
| 208 | shoestenpojp.com |
| 209 | australiamall-outlet.com |
| 210 | topboots-britain.com |
| 211 | topboots-uk.com |
| 212 | us-allbootsweb.com |
| 213 | bootsustop-marketvip.com |
| 214 | us-allbootswebamll.com |
| 215 | us-allbootswebpop.com |
| 216 | snowbootoutletonsale.com |
| 217 | uidwn.com |
| 218 | wetzn.com |
| 219 | spownd.com |
| 220 | ospeet.com |
| 221 | oidsa.com |
| 222 | foxgrey.com |
| 223 | botout.com |
| 224 | hotbootsonline.com |

| | |
|---|---|
| 225 | jkkok.com |
| 226 | beststore-bootsmall.com |
| 227 | onlinestoreboots.com |
| 228 | 2015cheapbeststore.com |
| 229 | shoesstyleoutlet.com |
| 230 | bootscoupon.com |
| 231 | bootsvipcoupon.com |
| 232 | cheapboots-outlet.com |
| 233 | auwarmbootsonsale.com |
| 234 | shop-uggvip.com |
| 235 | ladywinterugg.com |
| 236 | shopjpugg.com |
| 237 | hotbootsale.com |
| 238 | newbootsale.com |
| 239 | bootsaler.com |
| 240 | bootsinsale.com |
| 241 | cheapsuggs.com |
| 242 | myshopuggs.com |
| 243 | hotbootsonlinejapan.com |
| 244 | hotbootsinjapan.com |
| 245 | hotbootssales.com |
| 246 | jpugg2015.com |
| 247 | ugg2015-jp.com |
| 248 | uggfactorystorejp.com |
| 249 | auboterfu.com |
| 250 | ebuyugg.com |
| 251 | saksbank.com |
| 252 | wintersuperhut.com |
| 253 | uggitonline.com |
| 254 | boots-yourvipstore1.com |
| 255 | generationsfond.com |
| 256 | techmarpeople.com |
| 257 | mobilecaremonitor.com |
| 258 | yourmerchgirls.com |
| 259 | us-bootswebtop.com |
| 260 | uscheapuggoutlet.com |
| 261 | francestudyabroad.com |
| 262 | tjaff.com |
| 263 | softbootjp.com |
| 264 | uggbootsonsale70-off.com |
| 265 | uggauthenticoutlet.com |

| | |
|---|---|
| 266 | uggskys.com |
| 267 | jacketstoponline.com |
| 268 | topbootshop.com |
| 269 | bootsoutlets2.com |
| 270 | nihonkutu.com |
| 271 | ugg-frseller.com |
| 272 | ugg-noseller.com |
| 273 | ugg-seseller.com |
| 274 | woolrichseller-it.com |
| 275 | carouselbowling.com |
| 276 | vubaba.com |
| 277 | uggstore100.com |
| 278 | buycheapbootsforsale.com |
| 279 | beacheatsonline.com |
| 280 | theholisticshift.com |
| 281 | genxbizcoachblog.com |
| 282 | harrytarzian.com |
| 283 | healhep.com |
| 284 | salgnorwayboots.com |
| 285 | boxingdaybootssales.com |
| 286 | ausboots70offcybersale.com |
| 287 | esfvisions.com |
| 288 | boots-cool.com |
| 289 | boots-coupone.com |
| 290 | bootsok-uk.com |
| 291 | bootsuk-color.com |
| 292 | bootski.com |
| 293 | topcoolboot.com |
| 294 | specialboot4u2014.com |
| 295 | uggsbootsukcheap.com |
| 296 | snowru.com |
| 297 | girlsshoplili.com |
| 298 | womensbootsonsale2015.com |
| 299 | beautifulgirlsstyles.com |
| 300 | cheapnewyearboots.com |
| 301 | sharesnowboots.com |
| 302 | boot-uks.com |
| 303 | boots-coupons.com |
| 304 | ulggaustralia.com |
| 305 | ucitystore.com |
| 306 | ucitygo.com |

| 307 | uonlinego.com |
|-----|---------------|
| 308 | usaleabc.com |
| 309 | desbildeboots.com |
| 310 | calypsoits.com |
| 311 | nbzmxn.com |
| 312 | jvefzu.com |
| 313 | wirddd.com |
| 314 | engkxh.com |
| 315 | gisnog.com |
| 316 | buyurbestshoes.com |
| 317 | onlinemall-snowboots.com |
| 318 | cheap-snowbootsshop.com |
| 319 | snowboot-mallonline.com |
| 320 | cheapsnowboots-us.com |
| 321 | snowbootscheapusa.com |
| 322 | cheap-snowbootsus.com |
| 323 | snowbootsbestshopping.com |
| 324 | snowbootsbestshop.com |
| 325 | winterboots365.com |
| 326 | uggsoutlets-store.com |
| 327 | skornjis.com |
| 328 | uggsfromjapan.com |
| 329 | bestuggsstore.com |
| 330 | officialuggsjapan.com |
| 331 | hotnewshoe.com |
| 332 | enewshoes.com |
| 333 | icheapshoe.com |
| 334 | ehotshoes.com |
| 335 | icheapshoes.com |
| 336 | ihotshoes.com |
| 337 | enewboot.com |
| 338 | topbootsvip.com |
| 339 | bootsproshop.com |
| 340 | add15years.com |
| 341 | siteaubottesfr.com |
| 342 | gotyourshoes.com |
| 343 | simplyinjeanius.com |
| 344 | eixample-hotels.com |
| 345 | uggxmas-ca.com |
| 346 | selfridges-outlet.com |
| 347 | tpqpsi.com |

| | |
|---|---|
| 348 | bestcheapboots.com |
| 349 | snowbootsieday.com |
| 350 | hudboot.com |
| 351 | xmas-uggoutlet.com |
| 352 | bottesoldesonline.com |
| 353 | wintershoesgreece.com |
| 354 | snowbootsking.com |
| 355 | fr-bootesuggsoldes.com |
| 356 | stivaliinvernali2014.com |
| 357 | bootnewyear.com |
| 358 | bootsgala.com |
| 359 | bootstrue.com |
| 360 | bootsnewsale.com |
| 361 | uggboots-store.com |
| 362 | cheapest-uggsoutlet.com |
| 363 | hotbootsoutlets.com |
| 364 | m-rozic.com |
| 365 | bootskaufensalebuzz.com |
| 366 | lvhappyshopping.com |
| 367 | winterboots2014.com |
| 368 | parisbottefrsuprix.com |
| 369 | boot-se.com |
| 370 | boot-fr.com |
| 371 | boot-sp.com |
| 372 | boot-no.com |
| 373 | aubootstop1uksale.com |
| 374 | depreisroxyboots.com |
| 375 | booots-malls.com |
| 376 | kaufenbootsaude.com |
| 377 | sheepskinbootsboxingday.com |
| 378 | bottesuggsoldes2014.com |
| 379 | uggsboxingday-ca.com |
| 380 | sonwbootsalejp.com |
| 381 | aubottespascher.com |
| 382 | aubootsdekaufenwelt.com |
| 383 | soldesggboots.com |
| 384 | aobant.com |
| 385 | neuede2015boots.com |
| 386 | m2ah.com |
| 387 | uggbootforall.com |
| 388 | uggs-outletshop.com |

| | |
|---|---|
| 389 | hiverbottesbuzzsolde.com |
| 390 | blackbootsfridaydeals.com |
| 391 | hiverbottepromo.com |
| 392 | topsnowbootonline.com |
| 393 | snowbootonlineshop.com |
| 394 | discountbootsshopping.com |
| 395 | crazybootsonline.com |
| 396 | abzxkk.com |
| 397 | auuggbootsoutlet.com |
| 398 | uggtop-shop.com |
| 399 | uggtop-sale.com |
| 400 | iloveuboots.com |
| 401 | uksbootsoutlet.com |
| 402 | bootlifes.com |
| 403 | bootsvipjp.com |
| 404 | bootsusvip.com |
| 405 | ukboot-sale.com |
| 406 | bootsvips.com |
| 407 | boots-eu.com |
| 408 | uggfashionmall.com |
| 409 | goodsselles.com |
| 410 | uggs-outlet.com |
| 411 | boots4bestblackfriday.com |
| 412 | ausbootsprezzoitalia.com |
| 413 | shoesalejp.com |
| 414 | augoedkopeclassicnl.com |
| 415 | aubootsbuzzteal.com |
| 416 | bootskaufenpinksale.com |
| 417 | joboshamburgergrill.com |
| 418 | winterstiefelfoxde.com |
| 419 | australianuggoutlet.com |
| 420 | oggbootoutlet.com |
| 421 | uggbootcheap.com |
| 422 | cozyuggbootscheap.com |
| 423 | uggsbootsitalia.com |
| 424 | cheapuggjp.com |
| 425 | cheapuggsjp.com |
| 426 | discounteduggs.com |
| 427 | uggbootshotsale.com |
| 428 | uggsoldespascherfrance.com |
| 429 | rockfessions.com |

| 430 | colorsneaker.com |
|-----|------------------|
| 431 | uggportugal.com |
| 432 | cheapclassicwomenboots.com |
| 433 | cheapclassicbootsonline.com |
| 434 | dsbodysculpt.com |
| 435 | 6y7a.com |
| 436 | uggsoutletxmas.com |
| 437 | ausclassicbootsnl.com |
| 438 | ubootskaufenbuzz.com |
| 439 | okbootsplaza.com |
| 440 | uggnicebootssale.com |
| 441 | uggnicebootsale.com |
| 442 | uggwomensoutlet.com |
| 443 | 2015homestyleladies.com |
| 444 | finejourneyaround.com |
| 445 | newyearboots.com |
| 446 | wherebuyfashion.com |
| 447 | happynewyearboots.com |
| 448 | 2015showwarmgoing.com |
| 449 | goodshopladies.com |
| 450 | fineskyopening.com |
| 451 | gohomehappystyle.com |
| 452 | monclerfrance2014.com |
| 453 | stiefeloutletsalede.com |
| 454 | oudesubilonlinede.com |
| 455 | salgnorgebilloslo.com |
| 456 | graceonboots.com |
| 457 | eternityboots.com |
| 458 | cozyonboots.com |
| 459 | shoeswintercolorsaleuk.com |
| 460 | baiduqudao.com |
| 461 | hiverbotteparis.com |
| 462 | winterubootstop.com |
| 463 | ugghouseshoes.com |
| 464 | bottesfr2014.com |
| 465 | ausnowbootssale.com |
| 466 | okt13.com |
| 467 | usainboltrum.com |
| 468 | amaayakudu.com |
| 469 | breakbuildconsulting.com |
| 470 | uggshop-xmas.com |

| | |
|---|---|
| 471 | bootskaufendewelt.com |
| 472 | uggcsizma.com |
| 473 | 2014ausbootdame.com |
| 474 | scuolaorionvolley.com |
| 475 | organicinmotion.com |
| 476 | equity1realestate.com |
| 477 | uggonline-xmas.com |
| 478 | uggstore-xmas.com |
| 479 | ustiefelbootsbillig.com |
| 480 | yeswarm.com |
| 481 | bootsjpaustralia.com |
| 482 | uschoenen.com |
| 483 | alle-schoenen.com |
| 484 | dialessandria.com |
| 485 | tokyobrandshoes.com |
| 486 | aus2014sverige.com |
| 487 | methuenrestaurantweek.com |
| 488 | winterbootsgreece.com |
| 489 | favoriteonboot.com |
| 490 | cheapauuggboots.com |
| 491 | orderyourshoes.com |
| 492 | xufengmo09.com |
| 493 | bestbootscollections.com |
| 494 | bootsweltfrau2015.com |
| 495 | classicbootssaleie.com |
| 496 | stivaliscontationline.com |
| 497 | 2015uggsonline.com |
| 498 | ugg-cheapper.com |
| 499 | eu-uggshop.com |
| 500 | uggshop-british.com |
| 501 | ugg-discount.com |
| 502 | ugg-loveshopping.com |
| 503 | ugg-fashionstore.com |
| 504 | ugg2015-au.com |
| 505 | uggpark-ca.com |
| 506 | ca-uggshop.com |
| 507 | ugg-hot.com |
| 508 | uggboot-ca.com |
| 509 | ugg-brand.com |
| 510 | ugg-online.com |
| 511 | uggsnowboots-ca.com |

| | |
|---|---|
| 512 | ca-uggs.com |
| 513 | uggboots-hot.com |
| 514 | uggshopping-us.com |
| 515 | us-uggboots.com |
| 516 | uggshoppe-us.com |
| 517 | professional-ugg.com |
| 518 | uggs-ca.com |
| 519 | ugg-enjoy.com |
| 520 | uggsale-british.com |
| 521 | uggsales-ca.com |
| 522 | ugg-fashionsale.com |
| 523 | ca-uggsale.com |
| 524 | ugg-hotsale.com |
| 525 | ugghotsale-ca.com |
| 526 | hotsale-ugg.com |
| 527 | ugg-hungary.com |
| 528 | ugg-official.com |
| 529 | boots-vipsale.com |
| 530 | vipeshoes.com |
| 531 | ushoesbuy.com |
| 532 | boots-vipbuy.com |
| 533 | boots-vipcheap.com |
| 534 | boots-vipshop.com |
| 535 | ibuy-boots.com |
| 536 | fashions-boots.com |
| 537 | boots-king.com |
| 538 | ugg-distinct.com |
| 539 | uggshopping-ca.com |
| 540 | ugg-beauty.com |
| 541 | uggsshoppe-us.com |
| 542 | ugg-different.com |
| 543 | snowboots-more.com |
| 544 | boots-winter.com |
| 545 | snowboots-ebuy.com |
| 546 | bootsshoppe-us.com |
| 547 | bootsshop-us.com |
| 548 | shopboots-us.com |
| 549 | bootsbuy-us.com |
| 550 | us-snowboots.com |
| 551 | snowbootsshoppe.com |
| 552 | snowboots-buy.com |

| | |
|---|---|
| 553 | winterbootsshoppe.com |
| 554 | bootsshopping-usa.com |
| 555 | winterbootsbuy.com |
| 556 | winterboots-buy.com |
| 557 | shop-winterboots.com |
| 558 | snowboots-usa.com |
| 559 | winterboots-usa.com |
| 560 | bootsshoppe-ca.com |
| 561 | bootsshoppe-usa.com |
| 562 | boots-ussale.com |
| 563 | bootssale-us.com |
| 564 | boot-fashions.com |
| 565 | pick-boots.com |
| 566 | vip-snowboots.com |
| 567 | vipssnowboots.com |
| 568 | topsale-boots.com |
| 569 | boot-sweets.com |
| 570 | boots4online.com |
| 571 | boots-ibest.com |
| 572 | bootsomg.com |
| 573 | bootsocoupons.com |
| 574 | cardyhot.com |
| 575 | martinboots.com |
| 576 | boot-gogo.com |
| 577 | snowboots-buying.com |
| 578 | boots-super.com |
| 579 | boots-omg.com |
| 580 | amaze-boots.com |
| 581 | bootstobuy.com |
| 582 | boots-officials.com |
| 583 | boots-factory.com |
| 584 | boots-tmall.com |
| 585 | vips-boots.com |
| 586 | vip-snowboot.com |
| 587 | kcablog.com |
| 588 | freehotpunch.com |
| 589 | snowboots2015.com |
| 590 | meriber.com |
| 591 | ugg-bootsstore.com |
| 592 | 2015aubootschristmasuk.com |
| 593 | ugglaarzenwinkel.com |

| | |
|---|---|
| 594 | hotsnowboots.com |
| 595 | ugbootswintersale.com |
| 596 | tideous.com |
| 597 | australiabootssalejp.com |
| 598 | showshoestore.com |
| 599 | uggstylishmode.com |
| 600 | showbootstore.com |
| 601 | showbootsonline.com |
| 602 | showbootshop.com |
| 603 | prometheusfranceforum.com |
| 604 | greecewintersboots.com |
| 605 | to1zf3.com |
| 606 | lovebuyugg.com |
| 607 | ugg-proshop.com |
| 608 | snowbootsvrmall.com |
| 609 | bootcheapsale.com |
| 610 | xmas-uggoutlets.com |
| 611 | australiaschuhedesale.com |
| 612 | marqueneufs.com |
| 613 | cheaperugg.com |
| 614 | eatrushour.com |
| 615 | twe640.com |
| 616 | sacbynight.com |
| 617 | classicnl2015kopen.com |
| 618 | nbones.com |
| 619 | sitfashion.com |
| 620 | bootsmodeonline.com |
| 621 | bootsmallfashion.com |
| 622 | ucstoreonline.com |
| 623 | plsboots.com |
| 624 | ucmodestore.com |
| 625 | ucmallonline.com |
| 626 | bootsok.com |
| 627 | ucoolboots.com |
| 628 | ucmodemall.com |
| 629 | ursboots.com |
| 630 | ucclassicstore.com |
| 631 | ucfashionstore.com |
| 632 | bootseconline.com |
| 633 | booteconline.com |
| 634 | bootsecoutlet.com |

| | |
|---|---|
| 635 | bootsecfashion.com |
| 636 | bootecsale.com |
| 637 | bootecoutlet.com |
| 638 | bootsecmallus.com |
| 639 | bootsusonline.com |
| 640 | bootecstylish.com |
| 641 | bootonline-us.com |
| 642 | uloveboots.com |
| 643 | bootsecstyle.com |
| 644 | bootzzoutlet.com |
| 645 | bootzzonline.com |
| 646 | bootsboxingday2014.com |
| 647 | mudunk.com |
| 648 | aoenes.com |
| 649 | boots2006.com |
| 650 | uggstivalimodas.com |
| 651 | chinawallife.com |
| 652 | clothingidea.com |
| 653 | officialuggsbootsonsale.com |
| 654 | stylebootsonsale.com |
| 655 | 2015bootsclassicnl.com |
| 656 | ibootsnl.com |
| 657 | bootsnices.com |
| 658 | bootsow.com |
| 659 | todayboots.com |
| 660 | iloveboot.com |
| 661 | winterpremiumubootsuk.com |
| 662 | snowbootsussale.com |
| 663 | uabcstore.com |
| 664 | ustorego.com |
| 665 | uggpaschermall.com |
| 666 | uggsbootskaufen.com |
| 667 | uggsbootsclearanceoutlets2014.com |
| 668 | aubootsdesale.com |
| 669 | wholesalefootballusjerseys.com |
| 670 | uggshopking.com |
| 671 | uggsjapan.com |
| 672 | tp1q6u.com |
| 673 | greenguestsuites.com |
| 674 | uddop.com |
| 675 | cybermondaysnowboots.com |

| | |
|---|---|
| 676 | bailey-bow.com |
| 677 | 2030girls.com |
| 678 | bootsblackfridayusa.com |
| 679 | blackfridaybootstopsale.com |
| 680 | uggaustralia01.com |
| 681 | sitouggitalia.com |
| 682 | uggsbootsstoresale.com |
| 683 | womensuggsbootsdiscount.com |
| 684 | uggoutletca.com |
| 685 | fashiongclub.com |
| 686 | bootsreduziertde.com |
| 687 | zalando-outlets.com |
| 688 | icecreama.com |
| 689 | aubootsvipca.com |
| 690 | cheapauthenticugg.com |
| 691 | pinitbootsoutlet.com |
| 692 | witerstiefelsalede.com |
| 693 | schweizdfr3uwinterkaufen.com |
| 694 | topbootstore.com |
| 695 | esbotasoutlet.com |
| 696 | stovlarse.com |
| 697 | newsheepskinboots.com |
| 698 | cyberpasbottesfr.com |
| 699 | schwarzminiboots.com |
| 700 | hiverbottesoldesfr.com |
| 701 | 2015uggshop.com |
| 702 | todaysnowboots.com |
| 703 | snowbootsyes.com |
| 704 | snowbootsitaly.com |
| 705 | hisnowboots.com |
| 706 | topsnow-boot.com |
| 707 | bootukmall.com |
| 708 | uggoutlets-xmas.com |
| 709 | ordugezi.com |
| 710 | hiverbottessoldes.com |
| 711 | uggaustraliavip.com |
| 712 | nederlandbootsmini.com |
| 713 | uggoutlets-store.com |
| 714 | uwgop.com |
| 715 | lanasevas.com |
| 716 | selidbecargo.com |

| | |
|---|---|
| 717 | yowebcompany.com |
| 718 | uggjponline.com |
| 719 | bootswarm.com |
| 720 | neuede2014boots.com |
| 721 | alacrimsontide.com |
| 722 | 2015ausbootde.com |
| 723 | goedkopeauclassicnl.com |
| 724 | shopss66.com |
| 725 | uggcheapbootsonsale.com |
| 726 | womenuggclearance.com |
| 727 | womenuggbootscardy.com |
| 728 | laideshappylala.com |
| 729 | 2015warmwintergoing.com |
| 730 | brandsheepskinbootsca.com |
| 731 | aubootscativce.com |
| 732 | stiefelausch.com |
| 733 | bootsshoebuy.com |
| 734 | outdoorboots2015.com |
| 735 | bootsshoptrue.com |
| 736 | justinsnowboots.com |
| 737 | myheartboots.com |
| 738 | snowbootsriver.com |
| 739 | fallwinterboots.com |
| 740 | ibootsoffer.com |
| 741 | warmsneakes.com |
| 742 | auskodkudsalg.com |
| 743 | bootschweizdamensale.com |
| 744 | snowbootsesale.com |
| 745 | boots7outlet.com |
| 746 | germanyboots.com |
| 747 | womens-snowboot.com |
| 748 | classicbootsshop.com |
| 749 | womenboots-online.com |
| 750 | womensnowbootsshop.com |
| 751 | germanywomenboots.com |
| 752 | germany-stiefel.com |
| 753 | perfectafrica.net |
| 754 | devildogred.net |
| 755 | maskparents.net |
| 756 | enela.net |
| 757 | topboots-swiss.net |

| | |
|---|---|
| 758 | uggs-on-sale.net |
| 759 | topboots-den.net |
| 760 | topboots-canada.net |
| 761 | topboots-britain.net |
| 762 | topboots-uk.net |
| 763 | newkeyweb.net |
| 764 | snowboots2015.net |
| 765 | cheapbootsoutletstoreonsale.net |
| 766 | uggbootssale2015.net |
| 767 | bootstyle.net |
| 768 | theclassicboots.net |
| 769 | paintballandairsoft.net |
| 770 | microbex.net |
| 771 | fresnoundercurrent.net |
| 772 | pintuggsboots.net |
| 773 | bootsweet.net |
| 774 | brianotto.net |
| 775 | cheapuggbox.net |
| 776 | tegilecorp.net |
| 777 | uggnicebootssale.net |
| 778 | uggwomensoutlet.net |
| 779 | womenuggsonsale.net |
| 780 | womensbootsale.net |
| 781 | nicebootsale.net |
| 782 | cheapwomenboots.net |
| 783 | utrl.net |
| 784 | ugg-ca.net |
| 785 | ca-ugg.net |
| 786 | us-ugg.net |
| 787 | ugg-distinct.net |
| 788 | ugg-special.net |
| 789 | ugg-beauty.net |
| 790 | ugg-onlinesale.net |
| 791 | bangerapp.net |
| 792 | shoppingsell.net |
| 793 | sneakercheapsale.net |
| 794 | slimmage.net |
| 795 | fightstackevo.net |
| 796 | retailshoesstore.net |
| 797 | genesis2forum.net |
| 798 | partiesfourless.net |

| | |
|---|---|
| 799 | ordnancereefhawaii.net |
| 800 | ldw4.net |
| 801 | theccc.net |
| 802 | uggbootsclassic.net |
| 803 | kcdreams.org |
| 804 | uggmodeus.org |
| 805 | uggbootsonsale70off.org |
| 806 | asme-florida.org |
| 807 | uggbootsonlinecheap.org |
| 808 | uggssale2015.org |
| 809 | uggsonlinefactory.org |
| 810 | uggsfactoryonsale.org |
| 811 | uggbootsfactorys.org |
| 812 | uggboots2015.org |
| 813 | uggsonlinestore.org |
| 814 | ursapaint.org |
| 815 | discountwinterjacket.org |
| 816 | bootskaufendeweltdamen.org |
| 817 | uggdanmarkdk.org |
| 818 | aheadtrust.org |
| 819 | uggschweizch.org |
| 820 | enjoyshopgds.org |
| 821 | cityofkaukauna.org |
| 822 | australiauggssalg.org |
| 823 | ugg-enjoy.org |
| 824 | ugg-ca.org |
| 825 | ca-ugg.org |
| 826 | bootswinter.org |
| 827 | ugg-beauty.org |
| 828 | ugg-fashionshop.org |
| 829 | lionsdistrict321a1.org |
| 830 | uggsaustraliabe.org |
| 831 | 2015uggbootsus.org |
| 832 | uggkensingtonuk.org |
| 833 | sitoufficialeugg.org |
| 834 | uggsbelgieonline.org |
| 835 | australiauggshoes.org |
| 836 | uggboots-outlets.org |
| 837 | events4charity.org |
| 838 | boots-snow.org |
| 839 | woolbootoutlet.org |

| | |
|---|---|
| 840 | verostrategy.org |
| 841 | onsaleuggs.org |
| 842 | ubootspinkkaufenwelt.org |
| 843 | tik-tok.org |
| 844 | adirondacktallbottes.org |
| 845 | women-boots.org |
| 846 | womenbootsusa.org |
| 847 | uggsformen.org.uk |
| 848 | uggslippersforwomen.org.uk |
| 849 | uggslippers.org.uk |
| 850 | bootsforsale.org.uk |
| 851 | uggsbootssale.uk |
| 852 | uggsinuk.uk |
| 853 | ugg-uk.uk |
| 854 | uggboots-sale.uk |
| 855 | wintertrainers.uk.com |
| 856 | wholesalecheapcanadagoose.us |
| 857 | cheapuggsforsaleseonline.us |
| 858 | uggbootsforwomens.us |
| 859 | uggbootsonsalecheaps.us |
| 860 | jenaerubin.us |
| 861 | desmondharrington.us |
| 862 | winterbootsonsales.us |
| 863 | discountuggbootsforsale.us |
| 864 | uggbootsoutletstore.us |
| 865 | uggsbootsforwomen.us |
| 866 | cheapuggbootsforsale.us |
| 867 | uggbootsclearancesale.us |
| 868 | uggbootssaleonlines.us |
| 869 | uggssaleclearance.us |
| 870 | uggboots1.us |
| 871 | prestonauto.us |
| 872 | prnursing.us |
| 873 | securehome-wirelesscam.us |
| 874 | reprtgrabbernow33.us |
| 875 | newwindowstosavehuge.us |
| 876 | timeforwindowchange8.us |
| 877 | gainmusclemassfast.us |
| 878 | inwestycje.us |
| 879 | nursesearch.us |
| 880 | remote-dbas.us |

| | |
|-----|------------------------------|
| 881 | portfel.us |
| 882 | fecl.us |
| 883 | portlandbackup.us |
| 884 | freedomsecurity.us |
| 885 | nworld.us |
| 886 | uggsaleonlines.us |
| 887 | cheapuggsalesonline.us |
| 888 | uggboottopstore.us |
| 889 | uggs2015.us |
| 890 | uggsoutletsonlines.us |
| 891 | narzedzia.us |
| 892 | samochod.us |
| 893 | egry.us |
| 894 | cheapuggsforsalesoutlet.us |
| 895 | discountuggbootsonlines.us |
| 896 | uggbootaustralia.us.com |
| 897 | uggbootssale.us.com |
| 898 | uggoutlet-xmas.us.com |
| 899 | ugg-xmas.us.com |
| 900 | uggsoutlet-co.us.com |
| 901 | uggaustraliaofficial.us.com |