**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DECKERS OUTDOOR CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15-cv-1191 |
| | ) | |
| v. | ) | **Judge Manish S. Shah** |
| | ) | |
| XIAO MEI, et al., | ) | **Magistrate Judge Young B. Kim** |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF DECKERS OUTDOOR CORPORATION'S
MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

Plaintiff Deckers Outdoor Corporation ("Deckers") hereby moves this Honorable Court for entry of a Preliminary Injunction. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered February 12, 2015. In support of its Motion, Deckers files herewith a Memorandum of Law and a further Declaration of Justin R. Gaudio.

Dated this 26th day of February 2015.   Respectfully submitted,

/s/ Justin R. Gaudio_____
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Attorneys for Deckers Outdoor Corporation*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of February 2015, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website to which the Defendant Domain Names that have been transferred to Deckers' control now redirect, and I will send an e-mail to the e-mail addresses identified in Exhibits 22 and 23 to the Declaration of Graham Thatcher that includes a link to said website.

/s/ Justin R. Gaudio_____
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Attorneys for Deckers Outdoor Corporation*