IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DECKERS OUTDOOR CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15-cv-1191 |
| | ) | |
| v. | ) | **Judge Manish S. Shah** |
| | ) | |
| XIAO MEI, et al., | ) | **Magistrate Judge Young B. Kim** |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

### Declaration of Justin R. Gaudio

I, Justin R. Gaudio, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Deckers Outdoor Corporation ("Deckers"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Since and pursuant to entry of the TRO, dozens of PayPal accounts associated with the Defendant Internet Stores have been frozen. In addition, Deckers is in the process of requesting transfer of the Defendant Domain Names.

3. **Exhibit 1** attached hereto is a true and correct copy of unpublished decisions cited in Deckers' Memorandum.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of February 2015 at Chicago, Illinois.

                                    /s/ Justin R. Gaudio

                                    Justin R. Gaudio
                                    Counsel for Deckers Outdoor Corporation